In The United States District Court
For The Southern District Of Ohio
Eastern Division

TERRY TYRONE PULLEN Jr.
Plaintiff,

Vs.

C/o LISA HOWARD "et al"
Defendant's,

Civil Action Case No. 2:14-cv-104

Judge Edmund A. Sargus Jr.

Magistrate Judge Elizabeth P. Deavers

## Amended Complaint

### Jurisdiction and Venue

① This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of the rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1331 (A)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiffs' claim's for injunctive relief are authorized by 28 U.S.C. Section 2283; 2284 and Rule 65 of the Federal Rules of Civil Procedure.

② The Southern District of Ohio Eastern Division is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

Page (1)

## Plaintiff

3# Plaintiff Terry Tyrone Pullen Jr., is and was at all times mentioned herein a prisoner of the State of Ohio in the custody of the Ohio Department of Rehabilitation and Correction. He is currently confined in Southern Ohio Correctional Facility phone # (740) 259-5544

## Defendant's

4# Defendant: Gary C. Mohr is the Director of the State of Ohio Department of Rehabilitation and Correction. He is legally responsible for the overall operation of Correctional Reception Center and each institution under his Department jurisdiction including CRC.

5# Defendant: Rhonda Richard is or was the Warden of Correction Reception Center. She is legally responsible for the operation of Correctional Reception Center and for the welfare of the inmates in that prison.

6# Defendant: Lisa Howard is a Correctional Officer of the Ohio Department of Rehabilitation and Correction who, at all time's mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

7# Defendant: Andrew Fultz is a Correctional Officer of the Ohio Department of Rehabilitation and Correction who, at all times

Page (2)

mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

8#) Defendant: Klinton Hill is a Correctional Officer of the Ohio Department of Rehabilitation and Correction who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

9#) Defendant: Anthony Russell is a Correctional Officer of the Ohio Department of Rehabilitation who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

10#) Defendant: Nathan A. Harris is a Correctional Officer of the Ohio Department of Rehabilitation who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

11#) Defendant: David L. Bispress is a Correctional Officer of the Ohio Department of Rehabilitation who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

12#) Defendant: Gleason is a Correctional Officer of the Ohio Department of Rehabilitation who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

13) Defendant: Newsome is a Correctional Officer of the Ohio Department of Rehabilitation who, at all times mentioned in this complaint held rank of "Correctional Officer" and was assigned to CRC.

Page (3)

14#
Defendant: Crystal Murphy is a Correctional Officer of the Ohio Department of Rehabilitation of Correction who, at all times mentioned in this complaint held rank of ~~Sergeant~~ Lieutenant and was assigned at CRC.

15#
Defendant: Church is a Correctional Officer of the Ohio Department of Rehabilitation and Correction who, at all times mentioned in this complaint held the rank of Lieutenant and was assigned at CRC.

16#
Defendant: R. Murphy is a Correctional Officer of the Ohio Department of Rehabilitation and Correctional ~~cc-who-of~~ at all times mentioned in this complaint held the rank of "Correctional Officer" and was assigned at CRC.

17#
Defendnat: C. Bethley is a Correctional Officer of the Ohio Department of Rehabilitation and Correctional who, at all times mentioned in this complaint held the rank of "Correctional Officer" and was assigned at CRC.

18#
Defendant: Costellino is a Mental Health Liaison of the Ohio Department of Rehabilitation and Correctional who, at all times mentioned in this complaint held the job position of "Mental Health Liaison" and was assigned at CRC.

19#
Each defendant is sued individually and in "his or her" official capacity, at all times mentioned in this complaint each defendant acted under the color of state law.

20#
__Facts__
On 7/9/13 between the time of 7:00 am and 8:00 pm while headed to my cell #10u after returning from Med Bay along with other inmates

Page (4)

And C/o Howard when C/o Howard called me to come back into the salleyport in B-1, so i followed her orders.

21# As i approached C/o Howard she asked me, "What was i doing"? then steped aside for me to enter into the salleyport.

22# As soon as i cleared the doorway C/o Howard hooked her left arm into my left arm, kicked the door shut then started screaming while hitting her mandown button!

23# At that time i asked C/o Howard, "Are you forreal"? then turned to my rightside so that i was facing the enter window inside the salleyport looking into B-1 from inside of the salleyport so the camera that's mounded above cell #1018 and between the top range which is above cell #1018 facing the salleyport, could view me along with C/o Howard.

24# I was in plain view of the inmate's housed in the bed area as well as C/o Fultz who was seated at the C/o's desk speaking with a inmate when he turned in his chair at the sound of the signal 3 or C/o Howard voice.

25# At that time i was going down to one knee due to C/o Howard kicking me in the back of my left knee while still holding on to my left arm while trying to pull me away from the window.

26# C/o Fultz then jumped up his chair ran to the salleyport as he was coming through the doorway i was getting to the floor at that

PAGE (5)

sometime C/o Howard threw herself into the opposite sallyport window inside facing the yard in front of B-1 outside.

27#. While i was on the floor C/o Fultz started punching me in the rightside of my face so i curled up into the fetus postion leaving only the rightside of my face exposed to him so he started kicking me.

28#. Then the door to the sallyport opened from inside of B-1 at that time C/o K. Hill enter the sallyport and begin kicking and punching me along with C/o Fultz.

29#. Then the door leading into B-1 sallyport from outside opened at that time C/o Harris, C/o Bispress and C/o Russell enter into B-1 sallyport and started kicking and punching me as C/o Russell twisted my ankles and bend my leg's in attemp to break them while someone held me down by pressing down on my back.

30#. This went on for 5 mins or longer then i heard C/o Howard tell them, "stop guy's they are coming"!...

31#. At that time i was placed in handcuffs and ankleshackles by C/o's then stood up.

32#. While C/o Hill and C/o Newsome held me to the wall, C/o Bispress punched me four time's in the face telling me to go to sleep! After the fourth punch i was led outside by C/o Newsome and C/o Bispress while the whole time Lieutenant Murphy watched.

Page 6

33#  While i was being escourted to Seg. by C/o Newsome, C/o Gleason and C/o Harris these officer's started bending my hands towards the inside of my wrists to the point my finger tips were touching the inside of my upper wrist while they tighten the handcuffs as far as they could cutting into my wrist, while C/o Gleason bend my thumbs in the opposite direction in ways that caused so much pain i fell to my knee's inbetween B-2 and B-3.

34# At that time C/o Harris and C/o Newsome along with C/o Bispress lifted me up to my feet telling me how their going to cause me even more pain once they get me to C-1 Segregation.

35# Once i got into Segregation C-1 through the salley port the C/o's that escorted me to Segregation C/o Harris, C/o Newsome and C/o Gleason in the presence of Lieutenant Church slammed me into the wall face first then C/o R. Murphy and C/o C. Ackley took over my escort onto the S/C range in C-1 Segregation.

36#. Once C/o C. Ackley and C/o R. Murphy ecorted me through the s/c range door both officer's in the presence of Lieutenant Church slammed me face first into the floor and started punching and kicking me telling me they'll "kill me in here"!

37# Then Lieutenant Church told them that was enough place him in the strip cage.

38# After i was in the strip cage, maybe 15 min's later the nurse came to ask me some question. She looked at my hands and wrist

Page (7)

wrist which my wrist were cut and bleeding due to the C/O's that escorted me to C-1 segregation from B-1 tighting the handcuffs as tight as they would go while bending my wrist to add more presure. R.N S. Marietta said all i needed was a bandaid!

39 # Then LT Murphy come to take pictures of my injuries to my face and wrist.

40 # Later that night i was transported to Pickaway Correctional Institution "P.C.I" no picture's were taken of me there, but the Nurse did ask me the regular intake question.

41 # While at P.C.I i was unable to eat for three day's to my jaw being to sore and swollen.

42 # My second day's the staff from CRC come to P.C.I for my R.I.B hearing which they found me guilty of rule's 3, 12A, 14 and 20 i asked about the D.V.R videotape i was told "They don't use videotapes in R.I.B". I was giving an appeal form and told it will do me no good!

43 # Then two days later i was transferred to Southern Ohio Correctional Facility where i later learned that i was raised to the highest level on the Mental Health case load which is a "C-1" mental Health patient by ~~Mental Health~~ Liaison Mr. Castellino.

44 # Exhaustion OF Legal Remedies
Plaintiff Terry Tyrone Pullen Jr. used the prisoner grievance procedure's available at Southern Ohio Correctional Facility and mailed V.I.A

page (8)

U.S. Mail these forms which make up the grievance procedure to Corrections Reception Center in a attempt to solve the problem.

(45)# On 7/23/13 i mailed V.I.A U.S. Mail a Informal Complaint Resolution concerning Excessive force used on me by Correctional officer's at CRC to the Insti. Investigator, Insti Inspector and Warden Richard who response was Use OF Force will be done and the investigation was active.

(46)# On 9/17/13 i filed an Notification of Grievance with the Insti. Inspector at CRC V.I.A U.S. Mail my grievance was denied by Inst. Inspector at CRC.

(47)# On 10/16/13 i filed a appeal to the chief Inspector of "ODRC" V.I.A U.S. Mail i received my appeal back with no response which was wrote on regular writing paper.

(48)# Then the Insti. Inspector here at SOCF sent me an appeal form so on the 2nd of November 2013 i mailed V.I.A U.S. Mail anther appeal to Chief Inspector of "ODRC" along with the Inst. Inspector of CRC disposition, my copy of the N.O.G form CRC-09-13-59 and a copy of my I.C.R form. I Never received an response or got any of the documents back from the Chief Inspector office.

(49)# I'm sending the I.C.R form, Appeal form i mailed out on 10/16/13 also the appeal form i mailed out 11/2/13 as well as the Radiology Result Report Exam Date 7/16/13, D.V.R Camera Views are being held by assistant Prosecuting Attorney of Pickaway County Ms. Jayme Hartley Fountain (0081415)

page (4)

The forms are attached at Exhibit A, B, C and D.

## Legal Claims

50# Plaintiff reallege and incorporate by reference paragraphs 1-42.

51# Defendant C/O Lisa Howard used excessive force against Plaintiff Terry Tyrone Pullen Jr., by hooking her arm into his, kicking him in the left knee when Pullen Jr. was not violating any prison rules, and was not acting disruptively. Defendant Lisa Howards' actions violated Plaintiff Terry Tyrone Pullen Jr. rights under the Eighth Amendment to the U.S Constitution, and caused Plaintiff Pullen Jr. pain, suffering, physical injury and emotional distress.

52# Defendant C/O Andrew Fultz used excessive force against Plaintiff Pullen Jr. by punching and kicking him while he was already in submission on the floor on hands and knees violating no prison rules, and was not acting disruptively. Defendant Fultz actions violated Plaintiff Pullen rights under the Eight# Amendment to the U.S Constitution, and caused Plaintiff Pullen pain, suffering, physical injury and emotional distress.

51# Defendant Klinton Hill used excessive force against Plaintiff Terry Tyrone Pullen Jr. by kicking and punching him while he was not violating any prison rule, and was not acting disruptively. Defendant Klinton Hill actions violated Plaintiff Pullen rights under the Eighth Amendment to the U.S. Constitution, and caused Plaintiff Pullen pain, suffering, physical injury and emotional distress.

52.# Defendant Anthony Russell used excessive force against Plaintiff Terry Tyrone Pullen Jr. by twisting and bending his leg's and ankles in an attemp to breaek them when he was not violating any prison rule, and was not acting disruptively, Defendant Anthony Russell actions violated Plaintiff Pullen Jr. rights under the Eighth Amendment to the U.S. Constitution, and caused Plaintiff Pullen pain, suffering, physical injury and emotional distress.

53.# Defendant David L. Rispress used excessive force against Plaintiff Terry Tyrone Pullen Jr. by punching him in the face 4 times while held against the Fire Exit door by other C/O's. When Pullen Jr. was not violating any prison rule, and was not acting disruptively, Defendant David L. Rispress actions violated Plaintiff rights under the Eighth Amendment to the U.S. Constitution, and caused Plaintiff Pullen Jr pain, suffering, physical injury and emotional distress.

54.# Defendant Nathan A. Harris used excessive force against Plaintiff Terry Tyrone Pullen Jr. by kicking and punching him in B-1 salleyport then twisting his wrist and tighting the handcuff on his left wrist to the point they cut into his wrist while bending hands which caused unimaginable pain and slamming his head into the wall face first in Seg. when Pullen Jr. was not violating any prison rules or acting disruptively, Defendant C/O Nathan A Harris actions violated Plaintiff Terry Tyrone Pullen Jr. rights under the Eigth Amendment to the U.S Constitution and caused Pullen Jr. pain, suffering, physical injury and emotional distress.

55.# Defendant Newsome used excessive force against Plaintiff Terry Tyrone Pullen Jr. by twisting his right wrist and tighting the handcuff to the

Page (11)

point they cut into his wrist, bending his hands which caused unimaginable pain, slamming his head into the wall face first in seg. and kicking and punching him on the s/c range when Pullen was not violating any prison rules or acting disruptively. Defendant Newsome actions violated Plaintiff Pullen Jr. rights under the Eight Amendment to the U.S. Constitution and caused Pullen Jr. pain, suffering, physical injury and emotional distress.

56# Defendant Lt. Gleason used excessive force by twisting thumbs in direction that caused unimaginable pain and kicking and punching him while on the s/c range when Plaintiff was not violating any prison rules or acting disruptively. Defendant Gleason actions violated Plaintiff rights under the Eight Amendment to the U.S. Constitution and caused Pullen Jr. pain, suffering, physical injury and emotional distress.

57# Defendant C.Dudley used excessive force against Plaintiff Terry Tyrone Pullen Jr. by slamming him on the floor on the s/c range in seg. face first then punching and kicking him when Pullen Jr. was not violating any prison rules or acting disruptively. Defendant C.Dudley actions violated Plaintiff Pullen rights under the Eight Amendment to the U.S. Constitution and caused Pullen Jr. pain, suffering, physical injury and emotional distress.

58# Defendant B. Murphy used excessive force against Plaintiff Terry Tyrone Pullen Jr. by slamming him on the floor on the s/c range in seg. face first then punching and kicking him when Pullen Jr. was not violating any prison rules or acting disruptively. Defendant B. Murphy actions violated Plaintiff Pullen Jr. rights under the Eight Amendment to the U.S. Constitution

and caused Pullen Jr. pain, suffering, physical injury and emotional distress.

59# Defendant Crystal Murphy by witnessing Defendants C/O Fultz, C/O Hill, C/O Harris, C/O Rispress and C/O Russell illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendant Crystal Murphy also violated Plaintiff Pullen Jr. rights under the Eighth Amendment to the United States Constitution and causing Plaintiff Pullen Jr. pain, suffering and physical injury and emotional distress.

60# Defendant Michael Church by witnessing Defendants C. Ackley, B. Murphy, C/O Harris, C/O Newsome and C/O Gleason illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendant Michael Church is also violating Plaintiff Pullen's rights under the Eight Amendment to the U.S. Constitution and causing Plaintiff Pullen Jr. pain, suffering and physical injury and emotional distress.

61# Defendant Castellino by making Plaintiff Terry Tyrone Pullen Jr. a C-1 the highest level of a mental health patient in the "ODRC" system when Pullen Jr. has never showed the behavior that one as labeled as a C-1 display's to be considered as a C-1 while in the "ODRC" system or was Pullen Jr. a C-1 while at CRC once he arrived at CRC from Montgomery County Jail. Defendant Castellino is also violating Plaintiff Pullen Jr. Due Process Rights under the Fourteenth Amendment to the U.S. Constitution and causing Plaintiff Pullen Jr. pain, suffering, physical injury and emotional distress.

page (12)

62.) Defendant Ronda Richard by failing to have cameras installed in B-1 sallyport which would've detered the named Defendants from violating Plaintiff Pullen Jr. rights with excessive force and failure to supervise or lack in training, having knowledge of C/o Harris being a violent officer towards prisoners, Defendant Warden Ronda Richard is also violating Plaintiff Pullen Jr. rights under the Eighth Amendment to the U.S. Constitution and caused Plaintiff Pullen Jr. pain, suffering, physical injury and emotional distress.

63.) Defendant Gary C. Mohr Director of Ohio Department of Rehabilitation and Correction by failing to have camera's installed in all ~~CRC Blocks that house ODRC inmates Sallyports at CRC~~ Sallyports leading into Housing Blocks such as A1 and B2, A1 and A2, A3 and A4, B1 and B2, B3 and B4 C1 and C2, D1 which would've detered the named Defendants from violating Plaintiff Pullen Jr. rights with excessive force, is also violating Plaintiff Pullen Jr. rights under the Eighth Amendment to the U.S. Constitution and causing Plaintiff Pullen Jr. pain, suffering, physical injury and emotional distress.

64.) Plaintiff Terry Tyrone Pullen Jr. has no plain, adequate or complete remedy at law to redress the wrong described herein. Plaintiff will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

Prayer For Relief

65.) Granting Plaintiff Pullen Jr. declaration that the acts and

page (13)

omissions described herein violates his rights under the Constitution and laws of the United States, And

66# A preliminary and permanent injunction ordering Gary C. Mohr And "ODRC" to have camera's installed in every sallyport at CRC that house inmate's these sallyports lead in and out of housing units, dinning Hall, Gymnasium and school/church. Defendants/ODRC order SOCF to transfer Plaintiff to anther prison under his jurisdiction that house level-4 inmates due to family and friends of named defendants working at SOCF fired from ODRC C/o Lisa Howard, C/o Andrew Fultz, C/o Klinton Hill And Nathan A. Harris.

67# Compensatory damges in the amount of $25,000.00 against each defendant, jointly and severally.

68# Punitive damages in the amount of 75,000.00 againt each defendant.

69# A jury trial on all issues triable by jury.

70 Plaintiff's cost in this suit.

71 Any additional relief this court deems just proper, and equitable.

Date:_____

Respectfully Submitted
By: Terry Tyrone Pullen Jr. #656-539
Terry Tyrone Pullen Jr.#656-539
Pro-Se
SOCF - J4 cell#36
P.O. Box 45699
Lucasville, Ohio 45699

PAGE (14)

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Lucasville, Ohio on

Signature: Mr. Terry Lynne Pulley Jr. #A686-539